UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLE ROMAIN,

        Plaintiff,

vs.                                                                     Case No. 2:11-cv-15679

ST. JOSEPH MERCY HOSPITAL,            Hon. Avern Cohn
                                                                       Magistrate Judge Mark A. Randon

        Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION TO COMPEL (DKT. NO. 17)

      This matter is before the Court on Defendant's motion to compel responses to its first request for production of documents (Dkt. No. 17). Plaintiff has not filed a response to the motion and the time period for doing so has elapsed. *See* E.D. Mich. LR 7.1(e)(2)(B) ("A response to a nondispositive motion must be filed within 14 days after service of the motion."). A hearing on the motion is unnecessary.

      On August 13, 2012, Defendant served Plaintiff with its First Request for Production of Documents (Dkt. No. 17, Ex. 1, Certificate of Service). Pursuant to Federal Rule of Civil Procedure 33, Plaintiff's responses were due within 30 days of service – on or about September 12, 2012. Defendant sent two reminders to Plaintiff that her responses were past due before filing the motion. But, to date, Plaintiff has not produced any documents. Therefore,

      IT IS ORDERED that Plaintiff must fully respond to Plaintiff's production requests – by personally delivering or mailing to Defendant's lawyers all documents in her possession that respond to the production requests – **on or before Friday, November 2, 2012.** Plaintiff is warned

that if she fails to comply with this Order she may be sanctioned up to and including the

dismissal of this case.

                                                  s/Mark A. Randon
                                                  MARK A. RANDON
                                                  UNITED STATES MAGISTRATE JUDGE
Dated:  October 17, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, October 17, 2012, by electronic and/or first class U.S. mail.*

                                                  *s/Melody R. Miles*
                                                  *Case Manager to Magistrate Judge Mark A. Randon*